# UNITED STATES DISTRICT COURT
**EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **SENTENCING MINUTES** |
| **KELLY J. NACOTEE** | Case No. 19-CR-54 |

| | |
|---|---|
| HONORABLE WILLIAM C. GRIESBACH presiding | Time Called: 1:31 p.m. |
| Proceeding Held: July 10, 2020 | Time Concluded: 1:51 p.m. |
| Deputy Clerk: Mara | Tape: 071020 |

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Andrew J. Maier |
| KELLY J. NACOTEE in person and by: | Steven G. Richards |
| US PROBATION OFFICE by: | Brian Koehler |

☒ The parties have no objections to the factual statements in the PSR  ☒ The parties have no objections to the application of the guidelines in the PSR

☐ Objections/corrections to factual statements in PSR by ☐ Plaintiff ☐ Defendant  ☐ Objections/corrections to application of guidelines by ☐ Plaintiff ☐ Defendant

☒ The court adopts the factual statements and guideline application as set forth in the PSR  ☐ The court adopts the factual statements and guideline application with these changes:

☒ The government presents sentencing argument: 0-6 months with no further supervision  ☒ The defendant presents sentencing argument: no imprisonment with supervised release.

☒ Defendant exercises right of allocution.  ☒ The court imposes sentence.

☐ The government dismisses count(s) _____.  ☒ Defendant advised of appeal rights.

**SENTENCE IMPOSED:**

**Imprisonment:** _____ Months as to Count(s) _____ of the _____
_____ Months as to Count(s) _____ of the _____

Imprisonment term for each count to be served ☐ concurrently ☐ consecutively.
TOTAL TERM OF IMPRISONMENT IMPOSED: _____ months.

☐ This term of imprisonment is to be served (☐ concurrently with <u>or</u> ☐ consecutively to) any state court sentence the defendant is currently serving.

**Probation:** <u>  1  </u> Years as to Count(s) <u>    3    </u> of the <u>Indictment.</u>

**Supervised Release:** _____ Years as to Count(s) _____ of the _____
_____ Years as to Count(s) _____ of the _____

**MONETARY PENALTIES**

**Special Assessment:** $ <u>100.00</u> due immediately

**Fine:** $ _____ ☒ fine waived

**Restitution:** $ _____ ☐ determination deferred

**JOINT AND SEVERAL PAYMENTS**

☐ Fine and/or ☐ Restitution is **joint and several** with _____.
☐ Repayment of Buy Money is **joint and several** with _____.

**FORFEITURE**

☐ All property forfeited upon conviction or by order of the court shall be included in the criminal judgment.

**RECOMMENDATIONS**

☐ The court recommends the defendant's placement at _____.
☐ The court recommends the defendant's participation in the Bureau of Prisons' 500-hour drug treatment program.
☐ Other: _____.

**CUSTODY**

☐ The defendant is remanded to the custody of the U.S. Marshal Service.
☐ The defendant is to voluntarily surrender at the institution designated by the Bureau of Prisons as notified by the U.S. Probation Office; ☐ on or after _____.

**CONDITIONS OF SUPERVISED RELEASE/PROBATION**

☒ The defendant does not object to the conditions of supervised release as set forth in the presentence investigation report.
☒ The defendant waives reading of the conditions of supervised release.

☒ **Mandatory Conditions of Supervision** imposed.

☒ The Court adopts the **Standard Conditions of Supervision** set forth in the presentence investigation report without change.
☐ The Court adopts the **Standard Conditions of Supervision** set forth in the presentence investigation report with the following changes:

☐ The Court adopts the **Special Conditions of Supervision** set forth in the presentence investigation report without change.
☒ The Court adopts the **Special Conditions of Supervision** set forth in the presentence investigation report with the following changes: The Court adds an additional condition where the defendant must remain confined to her residence for 30 days, except for employment, medical appointments, religious services, or other activities as approved in advance by the Court or her probation officer.